AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**MILTON DEWAR**
       Plaintiff

V.

**PRESSLER AND PRESSLER**, et al.
       Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 08-1207 (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

☒ The clerk is directed to file the complaint,   and

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this __17th__ day of __March__, 2008

_____
**Signature of Judicial Officer**

_Katharine S. Hayden_
**Name and title of Judicial Officer**